UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,     :     **ORDER TO SHOW CAUSE**
    - v -     :
                                                                        21 Cr. 541 (CM)
RAMONA RODRIGUEZ,     :

        Defendant.     :
----------------------------------x

COLLEEN MCMAHON, United States District Judge:

    WHEREAS, defendant Ramona Rodriguez (the "defendant") was arrested on or about May 4, 2021, and subsequently released on a $100,000 personal recognizance bond signed by the defendant and co-signed by sureties Diana Rodriguez and Katherine Alberto (the "sureties");

    WHEREAS, the bond required, among other things: that the defendant appear for court proceedings; that the defendant's travel be restricted to the Southern and Eastern Districts of New York; and that the defendant surrender all travel documents and make no new applications for travel documents;

    WHEREAS, on or about March 8, 2022, the United States Pretrial Services Office received information from the Federal Bureau of Investigation that the defendant fled to the Dominican Republic using a fraudulent Dominican Republic passport under a false name;

    WHEREAS, on or about March 10, 2022, the defendant failed to appear at a scheduled conference before the Court;

    WHEREAS, the defendant is presently a fugitive; and

    WHEREAS, the Government has moved pursuant to Federal Rule of Criminal Procedure 46(f) for an order: (1) declaring forfeited the $100,000 personal recognizance bond signed by defendant Ramona Rodriguez and co-signed by sureties Diana Rodriguez and Katherine

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/22
```

Alberto; and (2) entering judgment in the amount of $100,000 in favor of the United States of America against the defendant and the sureties;

IT IS HEREBY ORDERED THAT Diana Rodriguez and Katherine Alberto shall appear in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 for a hearing on ~~April 26~~ May 4, 2022, at 2:00 p.m., to show cause why forfeiture should not be granted and judgment entered against them.

IT IS FURTHER ORDERED THAT the Government shall serve a copy of this Order on the Clerk of the Court, who is the authorized agent for service for the sureties under Federal Rule of Criminal Procedure 46(f)(3)(B). The Clerk of the Court is, in turn, respectfully directed to serve a copy of this Order and the Government's motion and all supporting submissions on sureties Diana Rodriguez and Katherine Alberto at their last known addresses, as required under Rule 46(f)(3)(C).

SO ORDERED.

Dated:   New York, New York

   March 30, 2022

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK