UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

              - v -                    :

RAMONA RODRIGUEZ,                    :

            Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AND JUDGMENT OF
FORFEITURE OF BAIL**

21 Cr. 541 (CM)

       This cause having come on to be heard on the motion of Damian Williams, United

States Attorney for the Southern District of New York, by Alexander Li, Assistant United States

Attorney,

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing

the release of defendant Ramona Rodriguez be forfeited and that the United States of America

have and recover judgment against defendant Ramona Rodriguez, and sureties Diana Rodriguez

and Katherine Alberto, jointly and severally, in the sum of $100,000 and that the United States

have execution therefore.

Dated:      New York, New York
            5 May            , 2022

                                     HONORABLE COLLEEN MCMAHON
                                     UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK

JUDGMENT ENTERED

Ruby J. Krajick
Clerk of the Court
Southern District of New York