Case 1:21-cr-00541-CM Document 104 Filed 10/19/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 19, 2026

MEMO ENDORSED
10-19-26
Case adj to Nov. 18, 2026 At 2PM – time Excluded through Nov. 18, in the interest of justice, to facilitate plea discussions.

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ramona Rodriguez, No. S1 21 Cr. 541 (CM)**

Dear Judge McMahon:

The Government writes, on behalf of the parties, to respectfully request the Court adjourn tomorrow's conference in this matter to November 18, 2026 at 2:00 p.m. The parties recently met pursuant to 18 U.S.C. § 3553(f)(5), and the Government has extended the defendant a plea offer, which the defense is presently considering. Should the parties reach a resolution, the parties will promptly inform the Court.

If the Court grants the adjournment, the Government further requests that the Court exclude Speedy Trial time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the new conference date. This time will facilitate the parties' ongoing discussions of a potential resolution of the case. Counsel for the defendant consents to the exclusion of Speedy Trial time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc: Cory Garcia, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10-19-26